184 So. 915

### J. H. HARVELL v. STATE.
### 7 Div. 411.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.